UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Roger Devon Jones  Docket No. 5:95-CR-119-1F

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Roger Devon Jones, who, upon an earlier plea of guilty to Possession of Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 5, 1996, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Roger Devon Jones was released from custody on September 11, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 19, 2015, the defendant was charged with Assault on Female and Interfere with Emergency Communication (15CR 63393) in Cumberland County, North Carolina. I made contact with the defendant and made him aware of the pending charges, at which time, he denied guilt in the aforementioned offenses. As directed, Jones reported to the police department and had the criminal summons served. In that Jones is denying guilt, it is recommended that supervision be continued until adjudication in state court. If the defendant is convicted of this offense, the court will be notified and an appropriate course of action will be recommended. Furthermore, the defendant has requested mental health treatment to assist him with dealing with his release to society. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
> /s/ Keith W. Lawrence
> Keith W. Lawrence
> Senior U.S. Probation Officer
> 310 Dick Street
> Fayetteville, NC 28301-5730
> Phone: 910-354-2538
> Executed On: October 21, 2015

### ORDER OF THE COURT

Considered and ordered this 21 day of October, 2015 and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge